**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TELEBRANDS CORP., <br><br>                Plaintiff, <br><br> v. <br><br> YANGJIANG NEW SPORTS TECHNOLOGY PRODUCTS CO., LTD.; SHENZHEN DEYUE ELECTRONICS CO., LTD.; SHAOLONG SUPPLY CHAIN (SHENZHEN) CO., LTD.; and SHENZHEN PUZHUO TECHNOLOGY CO., LTD., <br><br>                Defendants. | Civil Action No. 1:26-cv-1472 <br><br><br> **JURY TRIAL DEMANDED** |

<u>**COMPLAINT FOR PATENT INFRINGEMENT**</u>

# EXHIBIT X

# Infringement Claim Chart for U.S. Patent No. 11,608,915
## Defendants' Expandable Hose

Telebrands Corp. ("Telebrands") provides evidence of infringement of claim 1 of U.S. Patent No. 11,608,915 (the "'915 Patent") by Yangjiang New Sports Technology Products Co., Ltd. ("Xinte"), Shenzhen Deyue Electronics Co., Ltd. ("Deyue"), Shaolong Supply Chain (Shenzhen) Co., Ltd. ("Shaolong"), and Shenzhen Puzhuo Technology Co., Ltd. ("Puzhuo") (collectively, "Defendants"). In support thereof, Telebrands provides the following claim chart.

"Accused Product" or "Expandable Hose" as used herein refers to at least Deyue's EXPANDABLE HOSE in a size of 100 feet, as shown on the product packaging, wherein Deyue's Expandable Hose product is also representative of Expandable Hose products sold by Xinte, Shaolong, and Puzhuo, as each of Deyue, Shaolong, and Puzhuo are sellers of Xinte's Expandable Hose products.

This claim chart demonstrates Defendants' infringement by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Product. This claim chart is not intended to constitute an expert report on infringement. This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Product, as Defendants have not yet provided any non-public information. An analysis of Defendants' (or other third parties') non-public documentation may assist in fully identifying all infringing components, aspects, features, and/or additional products provided by Defendants. Accordingly, Telebrands reserves the right to supplement this infringement analysis once such information is made available to Telebrands. Furthermore, Telebrands reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim or claims.

Telebrands provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Telebrands reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Telebrands contends that Defendants directly infringe, induce infringement of, and contributorily infringe the '915 Patent in violation of 35 U.S.C. § 271(a), (b), and (c), respectively, by making, using, offering for sale, or selling within the United States or importing into the United States the Accused Product. The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, Telebrands believes and contends that each element of each claim asserted herein is literally met by the Accused Product. However, to the extent that Defendants attempt to allege that any asserted claim element is not literally met, Telebrands believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Product, Telebrands did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Product, as set forth herein. In each instance, the identified feature of the Accused Product performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about the specifically-identified Accused Product, Telebrands asserts that, on information and belief, any similarly-functioning products also infringe the charted claims. Telebrands reserves the right to amend this infringement analysis based on other products made, used, offered for sale, sold, and/or imported by Defendants. Telebrands also reserves the right to amend this infringement analysis by citing other claims of the '915 Patent, not listed in the claim

chart, that are infringed by the Accused Product. Telebrands further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Product" column of each chart.

| U.S. Patent No. 11,608,915 | | | Accused Product – "Expandable Hose" |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[PRE] | A garden hose comprising: | The Expandable Hose is a garden hose.<br><br>The adjacent images are photographs of the 100 Foot Expandable Hose and its packaging showing that the Expandable Hose is a "Lefree" branded product, wherein "Lefree" is a brand name used by Defendant Deyue, a seller of Defendant Xinte's products, for sales of the Accused Product on Amazon under the seller name of CCTV Pro. | |

2

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[A] | a flexible outer tube having a first end and a second end, said flexible outer tube having a substantially hollow interior, said flexible outer tube having a maximal length; | The hose has a flexible outer tube having a first end and a second end attached to connectors. The flexible outer tube has a maximal length when stretched due to the presence of the interior fabric layer and the stretch limitations of the elastic cover. The adjacent photographs illustrate the attachment of the ends of the outer tube to the connectors in the hose.<br><br>The adjacent figures from the attached Amazon product listings show the flexible inner and flexible outer tube being expandable and contractible.<br><br>The attached Amazon product listings for the Expandable Hose indicate that the flexible outer tube has a maximal length of 25, 50, 100 or 125 ft. and that the outer tube includes "high-density nano rubber." Rubber is a flexible material. | |

3

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| | | The adjacent figures and photographs show the interior of the Expandable Hose with the configuration of the flexible outer tube and flexible inner tube made visible.<br><br>As shown, the flexible outer tube has a substantially hollow interior in which the inner tube is disposed. The flexible outer tube has a thin interior fabric layer covered by an elastic material, i.e., rubber. | |

4

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[B] | a flexible inner tube having a first end and a second end, said flexible inner tube having a substantially hollow interior, | The attached Amazon product listings describe the flexible inner tube as "made of high-density … natural rubber" Rubber is a flexible material.<br><br>The adjacent photographs show the flexible inner tube of the Expandable Hose.<br><br>The flexible inner tube is hollow. The flexible inner tube runs along the entire length of the hose within the flexible outer tube and has a first end and a second end attached to the connectors. Further, the inner liner is formed from a flexible material, i.e., rubber. | <br> |

5

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| **Claim Element** | **Claim Language** | **Limitations of Asserted Claim found in Accused Product** | **Images Showing Limitations in Accused Product** |
| 1[C] | said flexible inner tube having a relaxed length when said flexible inner tube is not in an extended condition, said relaxed length of said flexible inner tube being less than said maximal length of said flexible outer tube; | As shown in the attached Amazon product listings and adjacent figures, the flexible inner tube stretches when filled with pressurized water. The relaxed length of the flexible inner tube is substantially less than the maximal length of the flexible outer tube, and the length of the flexible inner tube expands and increases up to the maximal length of the flexible outer tube when the flexible outer tube itself expands and increases to its maximal length.<br><br>In use of the Expandable Hose, the flexible inner tube is stretched from its relaxed length when the hose is elongated. Accordingly, the relaxed length of the flexible inner tube is substantially less than the maximal length of the flexible outer tube. | |

6

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[D] | a first coupler secured to said first end of said flexible inner tube and said flexible outer tube, said first coupler adapted to couple said hose to a conventional faucet thereby providing pressurized water; | The adjacent photograph of the Expandable Hose shows the internal configuration in which the first ends of the flexible inner tube and the flexible outer tube are secured to the first coupler.<br><br>As shown in the adjacent figure from the attached Amazon product listings, the first coupler (left) is adapted to couple the hose to a conventional faucet, i.e., a source of pressurized water, by means of an internally threaded open end. | |

7

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[E] | a second coupler secured to said second end of said flexible inner tube and said flexible outer tube, | The second ends of flexible inner tube and the flexible outer tube are secured to the second coupler.<br><br>As seen in the adjacent photograph, the second coupler (right) has an externally threaded open end to permit coupling to a nozzle. Further, the attached Amazon listings state, "The hose is compatible with different watering tools, such as sprinklers, nozzles, and faucets, and can connect to different water sources like outdoor faucets and indoor sinks." | |

8

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| **Claim Element** | **Claim Language** | **Limitations of Asserted Claim found in Accused Product** | **Images Showing Limitations in Accused Product** |
| 1[F] | said flexible inner tube unsecured to said flexible outer tube between said first and second ends so that said flexible outer tube can move freely over said flexible inner tube; and | The adjacent photograph of the Expandable Hose shows the flexible inner tube and the flexible outer tube unsecured between their first ends and their second ends.<br><br>Being unsecured, the flexible outer tube is able to move freely along the inner tube, i.e., there is no frictional contact preventing movement. This is the mechanism by which the rubber of the flexible outer tube is displaced and extends to the maximal length as the flexible inner tube expands when it is filled with pressurized water. | |

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" |
|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[G] | a flow restrictor adapted to couple to said second coupler, | The adjacent figure from the attached Amazon product listings shows a flow restrictor, i.e., nozzle, coupled to the second coupler.<br><br>The nozzle functions as a flow restrictor when it is opened or closed. | |

10

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[H] | whereby upon introduction of a flow of pressurized water through said first coupler into said inner tube and operation of said flow restrictor to at least partially block said flow of pressurized water from exiting said flexible inner tube, | The nozzle may alternate between the open and closed positions to at least partially block the flow of pressurized water from exiting the flexible inner tube. The adjacent figures from the attached Amazon product listings show the Expandable Hose nozzle in the closed position (i.e., when not squeezed by a user) and the open position (i.e., squeezed by a user).<br><br>When pressurized water is introduced into and flows into the flexible inner tube through the first coupler, the nozzle is placed in the closed position to block the flow of pressurized water from exiting the flexible inner tube. | |

11

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[I] | said flexible inner tube fills with pressurized water resulting in an increase in water pressure within said interior of said flexible inner tube, | The adjacent figures from the attached Amazon product listings show the Expandable Hose in use when connected to a spigot with the water turned on.<br><br>In use, the flexible inner tube is filled with pressurized water from the spigot, resulting in an increase in fluid pressure in the interior of the flexible inner tube to cause the flexible inner tube to expand. | |

12

| U.S. Patent No. 11,608,915 | | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[J] | said increase in water pressure expands said inner tube longitudinally along a length of said flexible inner tube and laterally across a width of said flexible inner tube thereby expanding said hose to an expanded condition, and | As seen in the adjacent figures from the attached Amazon product listings, the Expandable Hose increases in length to an expanded condition when pressurized water is introduced, i.e., the water pressure increases causing the flexible inner tube to expand longitudinally along its length and laterally across its width.<br><br>The attached Amazon product listings indicate that the expanded length of the hose is 25, 50, 100 or 125 ft. | |

13

| | U.S. Patent No. 11,608,915 | Accused Product – "Expandable Hose" | |
|---|---|---|---|
| Claim Element | Claim Language | Limitations of Asserted Claim found in Accused Product | Images Showing Limitations in Accused Product |
| 1[K] | whereby stopping said flow of pressurized water into said first coupler and releasing said pressurized water out of said second coupler results in said hose contracting to a contracted condition as a result of the automatic contraction of said flexible inner tube. | The attached Amazon product listings indicate that the hose is a "2.5X EXPANDABLE GARDEN HOSE" wherein "When water pressure is turned on, the length of our flexible garden hose expands to 100 ft in seconds, and quickly shrinks back to a compact size for storage when the water recedes. This makes it easier to store the hose when not in use and saves even more space."<br><br>When the flow of pressurized water into the first coupler is stopped and the pressurized water is released out of the second coupler by opening the nozzle, the hose automatically contracts to a contracted condition, namely its shrunken, relaxed length. Due to the flexibility of the inner tube material, releasing the pressured water out of the second coupler causes the hose to contract automatically to its shrunken, relaxed length. | |

14