**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TELEBRANDS CORP.,<br><br>               Plaintiff,<br><br>v.<br><br>YANGJIANG NEW SPORTS TECHNOLOGY PRODUCTS CO., LTD.; SHENZHEN DEYUE ELECTRONICS CO., LTD.; SHAOLONG SUPPLY CHAIN (SHENZHEN) CO., LTD.; and SHENZHEN PUZHUO TECHNOLOGY CO., LTD.,<br><br>               Defendants. | Civil Action No. 1:26-cv-1472-XR |

**PLAINTIFF'S MOTION REQUESTING A HEARING REGARDING *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND <u>ANTI-SUIT INJUNCTION (ECF NO. 2)</u>**

Plaintiff Telebrands Corp. ("Telebrands") respectfully files this Motion Requesting a Hearing ("Motion") including for remote oral argument on its *Ex Parte* Motion for Temporary Restraining Order and Anti-Suit Injunction ("*Ex Parte* TRO/Anti-Suit Injunction Motion"), filed as ECF No. 2 and based on its supporting pleadings. *See* Judge Rodriguez's Civil Cases Rules 28 and 30. Telebrands respectfully requests that its *Ex Parte* TRO/Anti-Suit Injunction Motion be heard as soon as possible.

Telebrands makes this Motion in good faith and asserts that time is of the essence for the Court to address its *Ex Parte* TRO/Anti-Suit Injunction Motion because the Chinese court (The Yangjiang Intermediate People's Court) has scheduled hearings on June 25, 2026, and July 2, 2026

1

to proceed on the merits and  adjudicate Telebrands' U.S. patent rights. ECF No. 2 at 3; 2-23 (Chinese summons).  In those proceedings, Defendants are seeking an order from the Chinese court that would essentially prohibit Telebrands from enforcing its U.S. patent rights against Defendants in the United States arising from their sale of infringing products to U.S. customers.

Telebrands has repeatedly sought to prevent the Chinese court from proceeding but its appeal and related objections have been denied.  ECF No. 2-15 (Telebrands' objection to Xinte's China Action); 2-21 (Guangdong Provincial High People's Court's decision to proceed).

Telebrands has a legitimate concern that, while this Court considers its *Ex Parte* TRO/Anti-Suit Injunction Motion, Defendants will seek or obtain an anti-anti-suit injunction against Telebrands in the Chinese court.

Accordingly, Telebrands respectfully requests that its *Ex Parte* TRO/Anit-Suit Injunction Motion be heard at the Court's earliest convenience.

Dated:  June 4, 2026

Respectfully submitted,

Cabrach Connor
Texas Bar No. 24036390
 cab@clands.com
**CONNOR LEE & SHUMAKER**
609 Castle Ridge Road, Suite 450
Austin, TX 78746
Tel: (512) 777-1254
Fax: (888) 587-1134

Jeffrey L. Snow (admitted *pro hac vice*)
 jsnow@pryorcashman.com
Joseph V. Micali (admitted *pro hac vice*)
 jmicali@pryorcashman.com
Alexander White (admitted *pro hac vice*)
 awhite@pryorcashman.com

2

3

**PRYOR CASHMAN LLP**
7 Times Square
New York, NY 10036
Tel: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Plaintiff Telebrands Corp.*